M.D. SCULLY  (SBN:  135853)
mscully@grsm.com
TIMOTHY K. BRANSON  (SBN:  187242)
tbranson@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
101 W Broadway, Suite 2000
San Diego, CA  92101
Phone:  (619) 230-7441
Fax:  (619) 696-7124

Attorneys for Defendants
VITAL PHARMACEUTICALS, INC., D/B/A VPX SPORTS;
AND JOHN H. OWOC A.K.A. JACK OWOC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL IMRAN and ZACH HESS, on behalf of themselves and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>VITAL PHARMACEUTICALS, INC., d/b/a VPX Sports, a Florida Corporation; and JOHN H. OWOC a.k.a. JACK OWOC, an individual<br>Defendant. | CASE NO. 3:18-cv-05758-JST<br><br>**NOTICE OF APPEARANCE OF TIMOTHY K. BRANSON**<br><br>Judge:  Hon. Jon S. Tigar<br><br>FAC filed: Nov. 1, 2018 |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR

ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney hereby states his appearance in the

above-captioned case for Defendants VITAL PHARMACEUTICALS, INC., d/b/a VPX Sports;

and JOHN H. OWOC a.k.a. JACK OWOC:

TIMOTHY K. BRANSON  (SBN:  187242)
GORDON REES SCULLY MANSUKHANI LLP
101 W Broadway, Suite 2000
San Diego, CA  92101
Phone:  (619) 230-7441
Fax: (619) 696-7124
Email: tbranson@grsm.com

*Gordon Rees Scully Mansukhani, LLP*
*101 W Broadway, Suite 2000*
*San Diego, CA  92101*

-1-
**NOTICE OF APPEARANCE OF TIMOTHY K. BRANSON**

1  Please add the above information to the Court's docket and to all service lists and serve

2  said counsel with all further notices, pleadings, orders, and any other documents relevant to this

3  action.

4  Dated:  January 22, 2019                    GORDON REES SCULLY MANSUKHANI LLP

5

6  By:      */s/ Timothy K. Branson*
          M.D. Scully
7          Timothy K. Branson
          Attorneys for Defendants
8          VITAL PHARMACEUTICALS, INC.,
          d/b/a VPX Sports, a Florida Corporation;
9          and JOHN H. OWOC a.k.a. JACK OWOC,
          an individual

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEARANCE OF TIMOTHY K. BRANSON**

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA  92101

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon Rees Scully Mansukhani, 101 W. Broadway, Suite 2000, San Diego, CA  92101, my electronic mail address is mcerezo@grsm.com.  On January 22, 2019, I served the foregoing document(s) entitled:

**NOTICE OF APPEARANCE OF TIMOTHY K. BRANSON** as follows:

☑ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case.  Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

| **Counsel for Plaintiffs ISMAIL IMRAN and ZACH HESS:** | **Counsel for Plaintiff/Movant KUUMBA MADISON (Related Action 18-cv-06300):** |
|---|---|
| Reuben D. Nathan<br>NATHAN & ASSOCIATES, APC<br>2901 W. Coast Highway, Suite #200<br>Newport Beach, CA  92663<br>Phone:  (949) 270-2798<br>Email: rnathan@nathanlawpractice.com | Jonathan Shub<br>KOHN, SWIFT & GRAFT, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>Phone:  (215) 238-1700<br>Email:  jshub@kohnswift.com |
| Joel D. Smith<br>Lawrence T. Fisher<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA  94596<br>Phone:  (925) 407-2700<br>Email: jsmith@bursor.com<br>ltfisher@bursor.com | |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on January 22, 2019 at San Diego, California.

Maria G. Cerezo

Gordon Rees Scully Mansukhani, LLP
101 W Broadway, Suite 2000
San Diego, CA  92101

6000631/42913182v.1

-3-

**NOTICE OF APPEARANCE OF TIMOTHY K. BRANSON**