UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ISMAIL IMRAN, et al., | Case No. 18-cv-05758-JST |
|---|---|
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| VITAL PHARMACEUTICALS, INC., et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | February 22, 2019 |
| Class certification motion due | March 20, 2020 |
| Class certification opposition due | April 20, 2020 |
| Class certification reply due | May 20, 2020 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The Court will set a further Telephonic Case Management Conference on July 12, 2019 at 1:30 p.m. (because more than one conference will be set at that time, the conference may not begin precisely at 1:30 p.m.). The purpose of the conference is to ensure that the case is on track. Each participant in the call must use a landline.

By July 10, 2019 at noon, the parties must file a joint case management conference statement, which must contain a single telephone number that all parties and the Court can use. For that statement only, the parties should disregard the local rules concerning the content of case management statements. Instead, the statement should be divided into two sections. The first section will address the status of the parties' discovery. The parties will first list any discovery propounded by the Plaintiffs, the status of that discovery, and any next steps required to complete the discovery or conclude any dispute regarding that discovery. The parties will then provide the same information regarding any discovery propounded by Defendants. The parties' statement must include completed discovery as well as open discovery, and should list any discovery that has been discussed between the parties, even if it has not yet been propounded. The second section of the statement will include a discussion of any other issues requiring the Court's attention or that bear on the progress of the case. At the conclusion of the conference, the Court will set the date and time of the next telephonic conference.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and comply with the deadlines set by the Court. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated: February 13, 2019

_____
JON S. TIGAR
United States District Judge