UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISMAIL IMRAN, et al.,

              Plaintiffs,

     v.

VITAL PHARMACEUTICALS, INC.,

              Defendant.

Case No. 18-cv-05758-JST

**ORDER DENYING MOTION TO DISMISS AS MOOT**

Re: ECF No. 32

On February 6, 2019, Defendant John H. Owoc filed a motion to be dismissed from this case, arguing that the Court lacked personal jurisdiction. ECF No. 32. On February 15, 2019, Plaintiffs voluntarily dismissed Owoc pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 42.

Because Owoc has now been dismissed from the action, the Court DENIES his motion to dismiss as moot.

**IT IS SO ORDERED.**

Dated: March 1, 2019

_____
JON S. TIGAR
United States District Judge