**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan (SBN: 208436)
2901 W. Broadway, Suite 200
Newport Beach, California 92663
Telephone; (949) 270-2798
Facsimile: (949) 209-0303
E-Mail: rnathan@nathanlawpractice.com

*Counsel for Plaintiffs, IMRAN ISMAIL and ZACH HESS*

**KOHN SWIFT & GRAF, P.C.**
Jonathan Shub
Kevin Laukaitis (*Pro Hac Vice*)
1600 Market Street, suite 2500
Philadelphia, Pennsylvania 19103
jshub@kohnswift.com
klaukaitis@kohnswift.com

*Counsel for Plaintiff, KUUMBA MADISON*

*Additional counsel on following page*

**GORDON REES SCULLY MANSUKHANI LLP**
Timothy K. Branson
M.D. Scully (State Bar No. 135853)
Timothy K. Branson (State Bar No. 187242)
Holly L.K. Heffner (State Bar No. 245384)
Michael D. Kanach (State Bar No. 271215)
101 West Broadway,
Suite 2000 San Diego, CA 92101
Telephone: (619) 230-7441
Fax: (619) 696-7124
Email: mscully@grsm.com
tbranson@grsm.com
hheffner@grsm.com
mkanach@grsm.com

*Counsel for Defendant*
*VITAL PHARMACEUTICALS, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL IMRAN and ZACH HESS, on behalf of themselves and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>VITAL PHARMACEUTICALS, INC., d/b/a VPX Sports, a Florida corporation,<br><br>Defendant. | Case No. 3:18-cv-05758-JST<br>*(Consolidated with 3:18-cv-06300)*<br><br>**JOINT STATUS REPORT REGARDING DISCOVERY**<br><br>Judge: Hon. Jon S. Tigar<br><br>Complaint filed: September 19, 2018<br>FAC filed: November 1, 2018 |
| KUUMBA MADISON,<br><br>Plaintiff,<br><br>vs.<br><br>VITAL PHARMACEUTICALS, INC., d/b/a VPX Sports, a Florida corporation,<br><br>Defendant. | Case No. 3:18-cv-06300-JST<br><br>Complaint Filed: October 15, 2018 |

| | |
|---|---|
| 1 | **BARBAT, MANSOUR, & SUCIU PLLC** |
| | Nick Suciu (*Pro Hac Vice*) |
| 2 | 1644 Bracken Rd. |
| | Bloomfield Hills, Michigan 48302 |
| 3 | Tel: (313) 303-3472 |
| 4 | nicsuciu@bmslawyers.com |

**GREG COLEMAN LAW PC**
Greg Coleman (*Pro Hac Vice*)
Rachel Soffin (*Pro Hac Vice*)
First Tennessee Plaza, suite 1100
Knoxville, Tennessee 37929
Tel: (865) 247-0080
greg@gregcoleman.com
rachel@gregcolemanlaw.com

Counsel for Plaintiff, KUUMBA MADISON

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
jsmith@bursor.com
ykrivoshey@bursor.com

Counsel for Plaintiffs, IMRAN ISMAIL
and ZACH HESS

Pursuant to the Parties' August 2, 2019 Joint Brief Regarding Discovery Disputes (Doc. No. 60), the Parties' hereby provide the following status update of their ongoing discussions regarding coordination of discovery among the related cases against Defendant, Vital Pharmaceuticals, Inc. ("Defendant" or "Vital").

In addition to the *Imran* and *Madison* actions, there are two parallel class actions against Vital: *Shirley St. Fort- Nwabuku v. Vital Pharmaceuticals, Inc.*, No. 18-cv-62823 (S.D. Fla. Nov. 19, 2018) ("*St. Fort- Nwabuku*"); and *Nguyen v. Vital Pharmaceuticals, Inc.,* No. 19-cv-60261 (S.D. Fla Jan. 30, 2019) ("*Nguyen*"). In each of the class actions, Vital seeks to bifurcate discovery necessary for class certification to proceed first, followed by discovery related to the merits – such as email discovery – if each class is certified and such discovery is proportional to the needs of those cases.

There are two additional parallel cases pending against Vital from Vital's alleged competitors: *Monster Energy Company v. Vital Pharmaceuticals, Inc., et al.*, No. 5:18-cv-1882 (C.D. Cal. Sept. 4, 2018) ("*Monster*"); and *ThermoLife Int'l LLC v. Vital Pharmaceuticals, Inc.*, No. 0:19-cv-61380 (S.D. Fla. Oct. 10, 2018) ("*ThermoLife*").

The Parties' have discussed that the discovery in many of these cases will likely overlap to the extent the plaintiffs in the other cases seek the same documents or information as the Plaintiffs in these proceedings. In addition to overlapping discovery in the *St. Fort-Nwabuku* and *Nguyen* actions, discovery in the *Monster* and *ThermoLife* actions appear to have significant overlap with the present matters although the *Monster* case has additional causes of action that are unrelated (and there are additional lawsuits between Monster and Vital which may include additional discovery unrelated to the class actions). While the *St. Fort-Nwabuku* and *Nguyen* and *Thermolife* actions are still in the nascent stages of discovery, discovery in the *Monster* action is further progressed and the parties in that action will be producing documents in the near future. Vital anticipates that the discovery in the *Monster* case will include a large amount of email discovery related to competition

3

between those parties which may be unrelated to the causes of action brought in the class action cases (including *Imran* and *Madison*) and unnecessary for class certification.

The Parties in the *Imran* and *Madison* actions have discussed coordinating overlapping document production with the *Monster* action, and will make good faith efforts to do so in order to prevent undue delay and burden on both Parties.

In addition, at the appropriate time, the Parties will make a good faith effort to coordinate overlapping document production with the *St. Fort-Nwabuku* and *Nguyen* and *ThermoLife* actions, in order to prevent undue delay and burden on both Parties.

The Parties in the *Imran* and *Madison* actions have agreed to make good faith efforts to coordinate the depositions of fact and corporate witnesses with those in the related actions, where overlapping.  When possible, the times and places of these depositions will be coordinated to limit the time and expense on each Party relating to those depositions. As previously indicated, counsel for Plaintiffs in the *Imran* and *Madison* actions are willing and able to travel to Florida, where some of these witnesses may be located, and where depositions in the related cases may also take place.

The Parties will continue to discuss coordination of discovery among all related cases as each case progresses and where it is determined that discovery is overlapping.  At the appropriate time, the Parties will update the Court with any relevant information regarding this coordination.

*Signatures on following pages*

| Dated August 16, 2019 | **GREG COLEMAN LAW PC** <br><br> By: */s/ Rachel Soffin* <br>      Rachel Soffin <br><br> Greg Coleman (Pro Hac Vice) <br> Rachel Soffin (Pro Hac Vice) <br> First Tennessee Plaza, suite 1100 <br> Knoxville, Tennessee 37929 <br> Tel: (865) 247-0080 <br> greg@gregcoleman.com <br> rachel@gregcolemanlaw.com <br><br> **KOHN SWIFT & GRAF, P.C.** <br> Jonathan Shub <br> Kevin Laukaitis (Pro Hac Vice) <br> 1600 Market Street, suite 2500 <br> Philadelphia, Pennsylvania 19103 <br> jshub@kohnswift.com <br> klaukaitis@kohnswift.com <br><br> **BARBAT, MANSOUR, & SUCIU PLLC** <br> Nick Suciu (Pro Hac Vice) <br> 1644 Bracken Rd. <br> Bloomfield Hills, Michigan 48302 <br> Tel: (313) 303-3472 <br> nicsuciu@bmslawyers.com <br><br> *Counsel for Plaintiff, KUUMBA MADISON* <br><br> **NATHAN & ASSOCIATES, APC** <br><br> By: */s/ Reuben Nathan* <br>      Reuben Nathan <br><br> Reuben D. Nathan (SBN: 208436) <br> 2901 W. Broadway, Suite 200 <br> Newport Beach, California 92663 <br> Telephone; (949) 270-2798 <br> E-Mail: rnathan@nathanlawpractice.com <br><br> **BURSOR & FISHER, P.A.** <br> L. Timothy Fisher (State Bar No. 191626) <br> Joel D. Smith (State Bar No. 244902) <br> Yeremey O. Krivoshey (State Bar No. 295032) <br> 1990 North California Blvd., Suite 940 <br> Walnut Creek, CA 94596 |
|---|---|

| | |
|---|---|
| | Telephone: (925) 300-4455<br>E-Mail:  ltfisher@bursor.com<br>jsmith@bursor.com<br>ykrivoshey@bursor.com<br><br>*Counsel for Plaintiffs, IMRAN ISMAIL and ZACH HES[...]* |
| | By: */s/ Michael D. Kanach*<br>       Michael D. Kanach<br><br>**GORDON REES SCULLY MANSUKHANI LLP**<br>Timothy K. Branson<br>M.D. Scully (State Bar No. 135853)<br>Timothy K. Branson (State Bar No. 187242)<br>Holly L.K. Heffner (State Bar No. 245384)<br>Michael D. Kanach (State Bar No. 271215)<br>101 West Broadway,<br>Suite 2000 San Diego, CA 92101<br>Telephone: (619) 230-7441<br>Fax: (619) 696-7124<br>Email: mscully@grsm.com<br>tbranson@grsm.com<br>hheffner@grsm.com<br>mkanach@grsm.com<br><br>*Counsel for Defendant*<br><br>*VITAL PHARMACEUTICALS, INC.* |