# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 5, 2019     **Time:** 10:00 AM     **Judge:** ROBERT M. ILLMAN

**Case No.**: 18-cv-05758-JST     **Case Name:** Imran v. Vital Pharmaceuticals, Inc.

**Attorneys for Plaintiff:** Timothy Fisher, Nick Suciu, Rachel Soffin and Ruben Nathan all by phone.
**Attorneys for Defendant:** Michael Kanach and Holly Heffner both by phone

**Deputy Clerk:** Gloria Knudson     **Court Reporter:** FTR: 10:02-10:38

## PROCEEDINGS

Discovery Hearing held.

**Order to be prepared by:**
[ X ]   Plaintiff     [ ]   Defendant     [ ]   Court

Further Discovery Hearing set for 12/10/2019 11:00 AM. Parties may appear by phone by dialing 888-684-8852/Access Code 1868782. Following their meet and confer responsibilities, the parties shall file a Joint Discovery Letter Brief outlining any remaining disagreements (if any) by 12/3/2019. Plaintiff will prepare a proposed order, circulate it, and submit it to rmipo@cand.uscourts.gov by 11/7/2019.