M.D. SCULLY (SBN: 135853)
mscully@grsm.com
TIMOTHY K. BRANSON (SBN: 187242)
tbranson@grsm.com
HOLLY L.K. HEFFNER (SBN 245384)
hheffner@grsm.com
MICHAEL D. KANACH (SBN 271215)
mkanach@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Phone: (619) 230-7441
Fax: (619) 696-7124

MARC J. KESTEN (SBN: 152741)
Legal@VPXsports.com
VITAL PHARMACEUTICALS, INC.
1600 North Park Drive
Weston, FL 33326
Phone: (954) 641-0570
Fax: (954) 389-6254

Attorneys for defendant
VITAL PHARMACEUTICALS, INC., d/b/a VPX SPORTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BANG ENERGY DRINK MARKETING LITIGATION | Case No. 4:18-cv-05758-JST-RMI<br>*(Consolidated with 4:18-cv-06300)*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF 82) AND DENYING MOTION TO COMPEL THE TRADE SECRET BANG FORMULA**<br><br>Complaint filed: September 19, 2018<br>Consolidated Class Action Complaint filed: October 31, 2019 |

Defendants Vital Pharmaceuticals, Inc. d/b/a VPX Sports' ("VPX") moved for Relief from Nondispositive Pretrial Order of Magistrate Judge pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and Civil L.R. 72-2, objected to the Honorable Robert M. Illman United Stated Magistrate Judge's order dated November 8, 2019 (ECF No. 82), and requested an order denying Plaintiffs' motion to compel production of documents responsive to request No. 30 because it requires production of VPX's complete and un-redacted confidential trade secret formula for the BANG® energy drink product.  VPX objected to the following potion of the Order (ECF No. 82):

1. Defendant is ordered within 21 days of entry of this order to provide Plaintiffs with documents concerning the formulations of the Bang energy drinks in response to Plaintiffs' Request for Production No. 30.

The Court, having read and considered the motion, including the Notice of Motion and Motion and objections, VPX's Memorandum of Points and Authorities attached thereto, the Declaration by Michael D. Kanach and exhibits thereto, the record before the Court, including the Parties' letter brief (ECF No. 77), the parties' informal oral argument (ECF Nos. 80-81), and the Magistrate Judge's Order (ECF No. 82), other filings by the Parties in this consolidated case, and upon such oral argument and written submissions that may be presented at, before, or in connection with the hearing on this motion, and for the reasons set forth in the record at the hearing, if any, the Court makes the following three findings:

*First*, VPX's formula is a proprietary trade secret and VPX has met its burden to show that the information sought in response to Request for Documents No. 30 are trade secrets or similar confidential information.

*Second*, VPX would be harmed by the disclosure of its trade secret formula to a competitor, particularly Monster, and by public disclosure of this information to undisclosed experts, at open hearings, and at trial.

*Third*, disclosure of VPX's secret formula is not necessary and Plaintiffs have not met their burden of showing otherwise.  Because VPX disclosed that there is less than 40 mg of CLL and there is 300 mg of caffeine in a can of BANG®, the production of the formula is not necessary, and Plaintiffs' motion to compel production should be denied.

**IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF No. 82) is hereby GRANTED in its entirety.

2. Plaintiff's Motion to Compel (ECF No. 77) related to the formula is denied.

3. VPX is not compelled to produce documents to Plaintiffs concerning the formulations of the Bang energy drinks in response to Plaintiffs' Request for Production No. 30.

**IT IS SO ORDERED**.

Date:_____

JON S. TIGAR
Judge of the United States District Court

**Gordon Rees Scully Mansukhani, LLP**
**2211 Michelson Drive, Suite 400**
**Irvine, CA 92612**

1175873/48667460v.1

ii

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF
FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE

**Case No. 18-cv-05758**
**Case No. 18-cv-06300**