**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan (State Bar No. 208436)
2901 W. Coast Highway, Suite 200
Newport Beach, California 92663
Telephone; (949)270-2798
Facsimile: (949)209-0303
E-Mail: rnathan@nathanlawpractice.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        jsmith@bursor.com
        ykrivoshey@bursor.com

**BARBAT, MANSOUR & SUCIU PLLC**
Nick Suciu (*Pro Hac Vice*)
1644 Bracken Rd.
Bloomfield Hills, Michigan 48302
Tel: (313) 303-3472
Email: nicksuciu@bmslawyers.com

*(Additional Counsel Listed On Signature Page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Bang Energy Drink Marketing Litigation. | Case No. 4:18-cv-05758-JST<br><br>**STIPULATION REGARDING CASE SCHEDULING DEADLINES PURSUANT TO THE COURT'S MARCH 27, 2020 ORDER (Dkt. No. 124)**<br><br>Courtroom:    9<br>Judge:        Hon. Jon S. Tigar |

Pursuant to Local Rule 6-2 and this Court's March 27, 2020 Order (Dkt. No. 124), Plaintiffs and Defendant Vital Pharmaceuticals, Inc. hereby stipulate as follows:

WHEREAS, on February 14, 2019, the Court entered a Scheduling Order that, among other deadlines, set deadlines and a briefing schedule for Plaintiffs' anticipated motion for class certification (Dkt. No. 41);

WHEREAS, on December 11, 2019, the Court continued the deadline for the motion for class certification to May 8, 2020 (Dkt. No. 97), and the parties thereafter agreed that the structure for the briefing schedule should be similar to the original briefing schedule (i.e., approximately 30 days for the opposition and 30 days for the reply brief);

WHEREAS, the Parties' ability to complete discovery in advance of class certification has been impeded by the Covid-19 outbreak and ensuing shelter-in-place orders in California and Florida; and the parties anticipate that the outbreak will continue to impede deposition scheduling;

WHEREAS, on March 27, 2020, in light of the Covid-19 outbreak, the Court ordered the parties to make a joint proposal regarding the case scheduling deadlines, or submit competing proposals if they are unable to agree, and to do so no later than April 3, 2020 (Dkt. No. 124);

WHEREAS, the Parties have met and conferred and agree, subject to further unforeseen developments concerning the outbreak, that an approximate 90-day continuance will likely allow the parties to adequately complete needed discovery in advance of class certification;

THEREFORE, subject to the Court's approval, the parties stipulate to modify current deadlines as set forth below:

| Event | Current Deadline (per Dkt. Nos. 41 and 97) | Proposed New Deadline |
| --- | --- | --- |
| Plaintiffs' Motion for Class Certification | May 8, 2020 | August 6, 2020 |
| Defendant's Opposition to Class Certification | June 8, 2020 | September 8, 2020 |
| Plaintiffs' Reply in Support of Class Certification | July 8, 2020 | October 8, 2020 |

Dated: April 1, 2020

**BURSOR & FISHER, P.A.**

By: /s/ *Joel D. Smith*
      Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
        jsmith@bursor.com
        ykrivoshey@bursor.com

**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan (State Bar No. 208436)
2901 W. Coast Highway, Suite 200
Newport Beach, California 92663
Telephone: (949)270-2798
Facsimile: (949)209-0303
E-Mail: rnathan@nathanlawpractice.com

Counsel for Plaintiffs, IMRAN ISMAIL and ZACH HESS

**KOHN SWIFT & GRAFT, P.C.**
Jonathan Shub
Kevin Laukatis (*Pro Hac Vice*)
1600 Market Street, suite 2500
Philadelphia, Pennsylvania 19103
jshub@kohnswift.com
klaukaitis@kohnswift.com

**BARBAT, MANSOUR, & SUCIU PLLC**
Nick Suciu (*Pro Hac Vice*)
1644 Bracken Rd.
Bloomfield Hills, Michigan 48302
Tel: (313) 303-3472
Email: nicksuciu@bmslawyers.com

**GREG COLEMAN LAW PC**
Greg Coleman (*Pro Hac Vice*)
First Tennessee Plaza, suite 1100
Knoxville, Tennessee 37929
Tel: (865) 247-0080

Email: greg@gregcoleman.com

Counsel for Plaintiff, KUUMBA MADISON

Dated: April 1, 2020  **GORDON REES SCULLY MANSUKHANI LLP**

By: ___/s/ Justin Lewis___

M.D. Scully (SBN: 135853)
Timothy K. Branson (SBN: 187242)
Justin D. Lewis
Holly L.K. Heffner (SBN 245384)
Michael D. Kanach (SBN 271215)
101 W. Broadway, Suite 2000
San Diego, CA 92101
Tel: (619) 230-7441
Fax: (619) 696-7124
mscully@grsm.com
tbranson@grsm.com
hheffner@grsm.com
mkanach@grsm.com

**VITAL PHARMACEUTICALS, INC.**
Marc J. Kesten (SBN: 152741)
1600 North Park Drive
Weston, FL 33326
Tel: (954) 641-0570
Fax: (954) 389-6254
Legal@VPXsports.com

*Attorneys for defendant VITAL PHARMACEUTICALS, INC., d/b/a VPX SPORTS*

**ECF Signature Certification**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other signatories.

_____/s/ Joel D. Smith_____

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                              JON S. TIGAR
                                              United States District Judge