UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL IMRAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VITAL PHARMACEUTICALS, INC.,<br><br>　　　　　Defendant. | Case No. 18-cv-05758-JST<br><br>**ORDER GRANTING MOTION TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Re: ECF No. 135 |

Defendant Vital Pharmaceuticals, Inc.'s unopposed motion to modify the briefing schedule for class certification, ECF No. 135, is granted.  Plaintiffs' motion for class certification is now due October 5, 2020; Defendant's opposition is due November 9, 2020; and Plaintiffs' reply is due December 7, 2020.  The Court is unlikely to grant future continuances absent truly exigent circumstances.

The Court recognizes that the parties dispute whether video depositions are an adequate substitute for in-person ones.  The Court advises the parties that their inability to take in-person depositions because of the COVID pandemic shall not be the basis for a further continuance.  Any party contending that it has the right to insist on in-person depositions shall raise that issue before Judge Illman, in accordance with the procedures set forth in his standing order, by June 26, 2020.  Any party that has not done so will be deemed to have waived the issue.

**IT IS SO ORDERED.**

Dated:  June 12, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge